1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Angel Caballero-Nievez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ0189 |
| | ) | |
| 12 Plaintiff, | ) | |
| | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| 14 ANGEL CABALLERO-NIEVEZ, | ) | |
| | ) | |
| 15 Defendant. | ) | |
| 16 _____ | ) | |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                                                 U.S. Attorney CR
                                        Efile.dkt.gc2@usdoj.gov

21                                                  Respectfully submitted,

23 DATED:      January 28, 2008                   /s/ Carey D. Gorden
                                                 **CAREY D. GORDEN**
24                                                  Federal Defenders of San Diego, Inc.
                                                 Attorneys for Angel Caballero-Nievez