AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ANGEL CABALLERO-NIEVEZ | CASE NUMBER: 08CR422-JM |

I, ANGEL CABALLERO-NIEVEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __19 February 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

Camelia Mitchell
Counsel for Defendant

Before _____
JUDICIAL OFFICER